CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

AUG 30 2006

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAY CLARENCE STILWELL, JR., ) | |
| Plaintiff, ) | Civil Action No. 7:06cv00509 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| SOUTHWEST VIRGINIA REGIONAL ) | |
| JAIL AUTHORITY, et al., ) | By: Samuel G. Wilson |
| Defendants. ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ADJUDGED** and **ORDERED** that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1); all other pending motions are hereby **DENIED as MOOT**; and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff and counsel of record for the defendants, if known.

**ENTER**: This August 30, 2006.

_____
UNITED STATES DISTRICT JUDGE